UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
HOUSTON, TEXAS

| | |
|---|---|
| KHAN, MUHAMMAD ADIL §<br>    Plaintiff §<br>§<br>V. §<br>§<br>SHARON HUDSON, et. al. §<br>    Defendants. § | Civil No. 4:09-cv-00452 |

### ORDER ON PLAINTIFF'S MOTION FOR NONSUIT

On this __6th__ day of __April__, 2009 this Court considered the Motion for Muhammad Adil Khan, Plaintiff in the above styled and numbered case. The Court, after considering the pleadings, is of the opinion that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED, that **Civil Case No. 4:09-cv-00452** is non-suited, and the case is dismissed.

Signed on __April 6, 2009__.

_____
Presiding Judge

Requested & Approved By:

/s/ M. Ali Zakaria
_____
M. Ali Zakaria
TBN: 22243410
M. Ali Zakaria & Associates, P.C.
6161 Savoy Drive, Suite 1000
Houston, Texas 77036
Tel: (713) 789-7500
Fax: (713) 774-2423
**Attorney for Plaintiff**